1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   QUINTON MARASTON,

11          Plaintiff,                      No. CIV S-08-1735-DAD P

12      vs.

13   B. JIMINEZ, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.

18          Plaintiff's in forma pauperis application does not include a certified copy of

19   plaintiff's prison trust account statement for the six-month period immediately preceding the

20   filing of the complaint in this action or a prison official's certification.  See 28 U.S.C.

21   § 1915(a)(2).  Plaintiff's incomplete application will be denied with leave to file a properly

22   completed application to proceed in forma pauperis.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's July 28, 2008 application to proceed in forma pauperis is denied

25   without prejudice;

26   /////

1

1       2.  Plaintiff shall submit, within thirty days from the date of this order a properly

2  completed in forma pauperis application that includes a certified copy of plaintiff's prison trust

3  account statement for the six-month period immediately preceding the filing of the complaint in

4  this action and a prison official's certification; plaintiff is cautioned that failure to comply with

5  this order or seek an extension of time to do so will result in a recommendation that this action be

6  dismissed without prejudice; and

7       3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8  In Forma Pauperis By a Prisoner for use in a civil rights action.

9  DATED: August 5, 2008.

11                 _____

12                 DALE A. DROZD

                  UNITED STATES MAGISTRATE JUDGE

13  DAD:9
mara1735.3e

2