IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINTON MARASTON,

      Plaintiff,                      No. CIV S-08-1735 DAD P

    vs.

B. JIMINEZ, et al.,

      Defendants.        ORDER

_____/

        Plaintiff, currently confined at San Joaquin County Jail, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2008, plaintiff was directed to submit a properly completed in forma pauperis application form. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application does not include a San Joaquin County Jail official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 27, 2008 application to proceed in forma pauperis (Doc. No. 6) is denied without prejudice;

1

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a San Joaquin County Jail official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mara1735.3e