IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINTON MARASTON,

        Plaintiff,                        No. CIV S-08-1735 DAD P

   vs.

B. JIMINEZ, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, previously confined at San Joaquin County Jail, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 8, 2008, plaintiff was directed to submit a properly completed in forma pauperis application form. In response to the court's order, plaintiff has filed a letter with the court claiming that the Jail refuses to provide him with a trust account statement for the six-month period immediately preceding the filing of the complaint.

        Ordinarily, a prisoner-plaintiff is permitted to file a civil action in federal court without prepayment of fees if he alleges in an affidavit that he is unable to pay such fees. See 28 U.S.C. § 1915(a). However, here, plaintiff has informed the court by way of a notice of change of address that he is no longer incarcerated. Because plaintiff is no longer incarcerated, for the court to assess whether he is entitled to proceed IFP, he must apply to proceed IFP under the

1

general provisions of 28 U.S.C. § 1915(a)(1). Accordingly, the court will provide plaintiff with an opportunity to submit a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee ($350.00).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee ($350.00). In the alternative, if plaintiff no longer wishes to proceed with this case, he may file a request to voluntarily dismiss this action without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a copy of the non-prisoner in forma pauperis form used by this district.

DATED: October 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mara1735.3a